2016-44239 / Court: 061

6/30/2016 3:34:48 PM
Chris Daniel - District Clerk Harris County
Envelope No. 11427950
By: Monica Ovalle
Filed: 6/30/2016 3:34:48 PM

CAUSE NO. _____

| | | |
|---|---|---|
| **MICHAEL CHARLES MILES** | § | **IN THE DISTRICT COURT OF** |
| | § | |
| **V.** | § | **HARRIS COUNTY, T E X A S** |
| | § | |
| **WILSON STONE and** | § | |
| **SCHNEIDER NATIONAL CARRIERS, INC.** | § | _____ **JUDICIAL DISTRICT** |

### PLAINTIFF'S ORIGINAL PETITION, JURY DEMAND AND REQUEST FOR DISCLOSURE

**TO THE HONORABLE JUDGE OF SAID COURT:**

**COMES NOW, MICHAEL CHARLES MILES**, Plaintiff in the above entitled and numbered cause, complaining of and against **WILSON STONE** and **SCHNEIDER NATIONAL CARRIERS, INC.** Defendants herein, and for causes of action would respectfully show unto the Court the following:

### I.
### DISCOVERY CONTROL PLAN

1.0    Discovery is intended to be conducted under Level 3 of the Texas Rules of Civil Procedure 190.

### II.
### PARTIES

2.0    Plaintiff is a resident of Harris County, Texas.

2.1    Defendant, **WILSON STONE** is an individual residing in the State of Mississippi, who, pursuant to the provisions of Section 17.061, et seq., Texas Civil Practice and Remedies Code, and §17.041, et seq., the Texas Long-Arm Statute, may be served by and through the Texas Transportation Commission, 125 East 11th Street, Austin, Texas 78701-2483, via certified mail, return receipt requested, who shall then forward the citation and petition to Defendant, may be served by and through his last known address: 5706 Chocataw Dr., Horne Lake, MS 38637, or wherever he may be found.

**EXHIBIT A**

2.2    Defendant, **SCHNEIDER NATIONAL CARRIERS, INC.** is a Foreign For-Profit Corporation doing business in the State of Texas and may be served through its registered agent of service, CT Corporation System, 1999 Bryan St., Suite 900, Dallas, Texas  75201-3136, or wherever he/she may be found.

## III.
## JURISDICTION & VENUE

3.0    Venue is proper in Harris County, Texas, pursuant to Tex. Civ. Prac. & Rem. Code §15.001 *et seq.* because all or a substantial part of the events or omissions giving rise to the claims arose in Harris County, Texas.  This Court has jurisdiction over the parties and subject matter hereof.  The amount in controversy exceeds the minimum jurisdictional limits of this Court.

## IV.
## FACTS

4.0    On or about April 25, 2016, Plaintiff was lawfully driving a 1997 Freightliner Tractor Trailer, traveling westbound in the 9800 block of West Little York, a street located in Houston, Harris County, Texas.  At the time in question, Defendant **WILSON STONE** was driving a 2017 Freightliner Tractor Trailer, behind Plaintiff's vehicle.  Defendant failed to control his speed striking Plaintiff's vehicle.

4.1    At such time, Defendant **WILSON STONE** was working in the course and scope of his employment with **SCHNEIDER NATIONAL CARRIERS, INC.**

## V.
## NEGLIGENCE OF DEFENDANTS

### A. WILSON STONE

5.0    At the time of the accident made the basis of this suit, Defendant, **WILSON STONE** was operating the aforementioned vehicle in a negligent and careless manner in the following respects which, among others, may be shown at the trial of this cause:

1. In failing to keep a proper lookout;

2. Driver inattention;

3. In failing to control speed;

4. In failing to operate the vehicle in a reasonable and prudent manner.

5.1 Each of these acts and omissions, singularly or in combination with others, constitute negligence which was the proximate cause of this incident, and the injuries sustained by the Plaintiff. Additionally, Defendant's acts or omissions in violating the Texas Transportation Code as listed above constitute negligence per se.

### B. SCHNEIDER NATIONAL CARRIERS, INC.

5.2 The above-described collision was proximately caused by the negligence of Defendant **SCHNEIDER NATIONAL CARRIERS, INC.** as a result of its negligent entrustment of the subject vehicle to Defendant **WILSON STONE** when it knew or should have known that he was not a safe driver.

5.3 Defendant **WILSON STONE** was an agent and/or servant of Defendant **SCHNEIDER NATIONAL CARRIERS, INC.** As such, Defendant **SCHNEIDER NATIONAL CARRIERS, INC.** is responsible for the conduct of Defendant **WILSON STONE** due to the master-servant relationship which existed, and under the doctrine of Respondeat Superior.

## VI.
## DAMAGES

6.0 Said elements of damage which Plaintiff seeks to recover from Defendants include compensation for the following:

1. The physical pain and mental anguish sustained by Plaintiff from date of injury to the time of trial;

2. The physical pain and mental anguish that Plaintiff will suffer in the future;

3. Loss of earnings sustained by Plaintiff from date of injury to time of trial;

4. Loss of earnings and earning capacity reasonably anticipated to be suffered by Plaintiff in the future;

5. Reasonable and necessary medical expenses incurred by Plaintiff in the treatment of Plaintiff's injuries from date of injury to time of trial;

6. Reasonable and necessary medical expenses reasonably anticipated to be sustained by Plaintiff in the future for treatment of Plaintiff's injuries;

7. Past and future physical disfigurement; and

8. Past and future physical impairment;

As such, Plaintiff affirmatively pleads that he seeks monetary relief over $200,000.00 but not more than $1,000,000.00.

## VII.
## REQUEST FOR JURY TRIAL

7.0   Plaintiff requests a jury trial.

## VIII.
## ALTERNATIVE PARAGRAPH NO. 1

8.0   In the alternative, Plaintiff would show that if any injury and/or condition from which he currently suffers was pre-existing, then such condition was aggravated and/or exacerbated by the negligence of the Defendants herein

## IX.
## ALTERNTIVE PARAGRAPH NO. 2

9.0   In the alternative, Plaintiff would show that if he suffers from any subsequent injury and/or condition, then such injury and/or condition was aggravated and/or exacerbated by the negligence of the Defendants herein.

## X.
## REQUEST FOR DISCLOSURE

10.0  Pursuant to Rule 194 of the Texas Rules of Civil Procedure, you are hereby requested to

disclose, within fifty (50) days of service of this document, the information or material described below. Please serve your responses on counsel representing this Plaintiff, and produce true and correct copies of all documents and other tangible items with your responses, in accordance with Rule 194.4.

10.1   Plaintiff request disclosure of the following, pursuant to Rules 194.2(a) through 194.2(l):

   (a)   the correct names of the parties to the lawsuit;

   (b)   the name, address, and telephone number of any potential parties;

   (c)   the legal theories and, in general, the factual bases of Defendant's claims or defenses;

   (d)   the amount and any method of calculating economic damages;

   (e)   the name, address, and telephone number of persons having knowledge of relevant facts, and a brief statement of each identified person's connection with the case;

   (f)   for any testifying expert:

      (1)   the expert's name, address, and telephone number;

      (2)   the subject matter on which the expert will testify;

      (3)   the general substance of the expert's mental impressions and opinions and a brief summary of the basis for them, or if the expert is not retained by, employed by, or otherwise subject to the control of Defendant, documents reflecting such information;

      (4)   if the expert is retained by, employed by, or otherwise subject to the control of Defendant:

         (A)   all documents, tangible things, reports, models, or data compilations that have been provided to, reviewed by, or prepared by or for the expert in anticipation of the expert's testimony; and

         (B)   the expert's current resume and bibliography;

   (g)   any discoverable indemnity and insuring agreements;

   (h)   any discoverable settlement agreements;

   (i)   any discoverable witness statements;

(j)     in a suit alleging physical or mental injury and damages from the occurrence that is the subject of the case, all medical records and bills that are reasonably related to the injuries or damages asserted or, in lieu thereof, an authorization permitting the disclosure of such medical records and bills;

(k)     in a suit alleging physical or mental injury and damages from the occurrence that is the subject of the case, all medical records and bills obtained by the responding party by virtue of an authorization furnished by the requesting party.

(l)     the name, address, and telephone number of any person who may be designated as a responsible third party.

## XI.
## PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that these Defendants be cited to appear and answer herein, and that upon final trial hereof, Plaintiff recover from said Defendants, jointly and severally, a sum over $200,000.00 but not more than $1,000,000.00, costs of Court, pre-judgment and post-judgment interest at the legal rate, and demand for judgment for all other relief to which the Plaintiff deemed himself entitled.

Respectfully submitted,
**THE STERN LAW GROUP**

**JEFFREY M. STERN**
SBN: 19175660
4909 Bissonnet St., Suite 100
Bellaire, Texas 77401
713/661-9900
713/666-5922 Facsimile
Email: jstern@stern-lawgroup.com

**ATTORNEY FOR PLAINTIFF**

6/30/2016 3:34:48 PM
Chris Daniel - District Clerk
Harris County
Envelope No: 11427950
By: OVALLE, MONICA
Filed: 6/30/2016 3:34:48 PM

# CIVIL CASE INFORMATION SHEET (REV. 2/13)

**CAUSE NUMBER (FOR CLERK USE ONLY):** 2016-44239   **COURT (FOR CLERK USE ONLY):** 061

**STYLED:** MICHAEL CHARLES MILES v. WILSON STONE and SCHNEIDER NATIONAL CARRIERS, INC.
(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing.

## 1. Contact information for person completing case information sheet:

**Name:** Jeffrey M. Stern
**Email:** jstern@stern-lawgroup.com
**Address:** 4909 Bissonnet St., Suite 100
**Telephone:** (713) 661-9900
**City/State/Zip:** Bellaire, Texas 77401
**Fax:** (713) 666-5922
**Signature:** /s/
**State Bar No:** 19175660

**Names of parties in case:**
- Plaintiff(s)/Petitioner(s): Michael Charles Miles
- Defendant(s)/Respondent(s): Wilson Stone; Schneider National Carriers, Inc.

[Attach additional page as necessary to list all parties]

**Person or entity completing sheet is:**
- [X] Attorney for Plaintiff/Petitioner
- [ ] Pro Se Plaintiff/Petitioner
- [ ] Title IV-D Agency
- [ ] Other:

**Additional Parties in Child Support Case:**
- Custodial Parent:
- Non-Custodial Parent:
- Presumed Father:

## 2. Indicate case type, or identify the most important issue in the case (select only 1):

### Civil

**Contract**
- Debt/Contract
  - [ ] Consumer/DTPA
  - [ ] Debt/Contract
  - [ ] Fraud/Misrepresentation
  - [ ] Other Debt/Contract:
- Foreclosure
  - [ ] Home Equity—Expedited
  - [ ] Other Foreclosure
- [ ] Franchise
- [ ] Insurance
- [ ] Landlord/Tenant
- [ ] Non-Competition
- [ ] Partnership
- [ ] Other Contract:

**Injury or Damage**
- [ ] Assault/Battery
- [ ] Construction
- [ ] Defamation
- Malpractice
  - [ ] Accounting
  - [ ] Legal
  - [ ] Medical
  - [ ] Other Professional Liability:
- [X] Motor Vehicle Accident
- [ ] Premises
- Product Liability
  - [ ] Asbestos/Silica
  - [ ] Other Product Liability List Product:
- [ ] Other Injury or Damage:

**Real Property**
- [ ] Eminent Domain/Condemnation
- [ ] Partition
- [ ] Quiet Title
- [ ] Trespass to Try Title
- [ ] Other Property:

**Related to Criminal Matters**
- [ ] Expunction
- [ ] Judgment Nisi
- [ ] Non-Disclosure
- [ ] Seizure/Forfeiture
- [ ] Writ of Habeas Corpus—Pre-indictment
- [ ] Other:

**Employment**
- [ ] Discrimination
- [ ] Retaliation
- [ ] Termination
- [ ] Workers' Compensation
- [ ] Other Employment:

**Other Civil**
- [ ] Administrative Appeal
- [ ] Antitrust/Unfair Competition
- [ ] Code Violations
- [ ] Foreign Judgment
- [ ] Intellectual Property
- [ ] Lawyer Discipline
- [ ] Perpetuate Testimony
- [ ] Securities/Stock
- [ ] Tortious Interference
- [ ] Other:

### Family Law

**Marriage Relationship**
- [ ] Annulment
- [ ] Declare Marriage Void
- Divorce
  - [ ] With Children
  - [ ] No Children

**Other Family Law**
- [ ] Enforce Foreign Judgment
- [ ] Habeas Corpus
- [ ] Name Change
- [ ] Protective Order
- [ ] Removal of Disabilities of Minority
- [ ] Other:

**Post-Judgment Actions (non-Title IV-D)**
- [ ] Enforcement
- [ ] Modification—Custody
- [ ] Modification—Other

**Title IV-D**
- [ ] Enforcement/Modification
- [ ] Paternity
- [ ] Reciprocals (UIFSA)
- [ ] Support Order

**Parent-Child Relationship**
- [ ] Adoption/Adoption with Termination
- [ ] Child Protection
- [ ] Child Support
- [ ] Custody or Visitation
- [ ] Gestational Parenting
- [ ] Grandparent Access
- [ ] Parentage/Paternity
- [ ] Termination of Parental Rights
- [ ] Other Parent-Child:

### Tax
- [ ] Tax Appraisal
- [ ] Tax Delinquency
- [ ] Other Tax

### Probate & Mental Health

**Probate/Wills/Intestate Administration**
- [ ] Dependent Administration
- [ ] Independent Administration
- [ ] Other Estate Proceedings

- [ ] Guardianship—Adult
- [ ] Guardianship—Minor
- [ ] Mental Health
- [ ] Other:

## 3. Indicate procedure or remedy, if applicable (may select more than 1):
- [ ] Appeal from Municipal or Justice Court
- [ ] Arbitration-related
- [ ] Attachment
- [ ] Bill of Review
- [ ] Certiorari
- [ ] Class Action
- [ ] Declaratory Judgment
- [ ] Garnishment
- [ ] Interpleader
- [ ] License
- [ ] Mandamus
- [ ] Post-judgment
- [ ] Prejudgment Remedy
- [ ] Protective Order
- [ ] Receiver
- [ ] Sequestration
- [ ] Temporary Restraining Order/Injunction
- [ ] Turnover

## 4. Indicate damages sought (do not select if it is a family law case):
- [ ] Less than $100,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees
- [ ] Less than $100,000 and non-monetary relief
- [ ] Over $100,000 but not more than $200,000
- [X] Over $200,000 but not more than $1,000,000
- [ ] Over $1,000,000

6/30/2016 3:34:48 PM
Chris Daniel - District Clerk
Harris County
Envelope No: 11427950
By: OVALLE, MONICA
Filed: 6/30/2016 3:34:48 PM

# 2016-44239 / Court: 061

## CIVIL PROCESS REQUEST

CASE NUMBER: _____     CURRENT COURT: _____

TYPE OF INSTRUMENT TO BE SERVED: Plaintiff's Original Petition

FILE DATE OF MOTION:

SERVICE TO BE ISSUED ON:

1. NAME:     Wilson Stone
   ADDRESS:  5706 Chocataw Dr., Horne Lake, MS 38637
   AGENT:
   TYPE OF SERVICE: Citation
   SERVICE BY:  **Texas Transportation Commission: AFTER CITATION HAS BEEN COMPLETED, PLEASE RETURN IT TO US FOR SERVICE TO BE PERFECTED.**

2. NAME:     Schneider National Carriers, Inc.
   ADDRESS:  1999 Bryan St., Suite 900, Dallas, Texas 75201-3136
   AGENT:    CT Corporation System
   TYPE OF SERVICE: Citation
   SERVICE BY:  **Private process service: AFTER CITATION HAS BEEN COMPLETED, PLEASE RETURN IT TO US FOR SERVICE TO BE PERFECTED.**

..................................................................................
ATTORNEY REQUESTING SERVICE:

**Jeffrey M. Stern, SBN: 19175660, Stern Law Group, 4909 Bissonnet St., Suite 100, Bellaire, Texas 77401, 713/661-9900, 713/666-5922 Facsimile, jstern@stern-lawgroup.com**