UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MICHAEL CHARLES MILES | § | |
|     Plaintiff | § | |
| | § | |
| vs. | § | C.A. No. 4:16-cv-02543 |
| | § | |
| WILSON STONE AND SCHNEIDER | § | |
| NATIONAL CARRIERS, INC. | § | |
|     Defendants. | § | |

## STIPULATION OF DISMISSAL

TO THE HONORABLE COURT:

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that Defendants WILSON STONE AND SCHNEIDER NATIONAL CARRIERS, INC. shall be and are dismissed with prejudice by Plaintiff pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each party to bear its own costs and fees. The dismissal is effective upon filing of this Stipulation, with no further action required by the Court.

AGREED AND STIPULATED:

THE STERN LAW GROUP

By: /s/ Joseph R. Corteguera
Joseph R. Corteguera
SBN: 00787291
FBN: 28249
Email: jcorteguera@stern-lawgroup.com
4909 Bissonnet St., Ste. 100
Bellaire, TX 77401
Telephone:	(713) 661-9900
Facsimile:	(713) 666-5922

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the above and foregoing has been forwarded to all interested parties on this __18th__ day of July, 2017 in accordance with the Federal Rules of Civil Procedure and as indicated below:

Joseph R. Corteguera                                                            *Via CM/ECF System*
The Stern Law Group
4909 Bissonnet St., Ste. 100
Bellaire, TX 77401


                                                         */s/ H. Mark Burck*
                                                         H. MARK BURCK